[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-12225
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 31, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-02921-CV-MHS-1

CRAIG HOLMES,

Plaintiff-Appellee,

versus

OFFICER CURRY WALKER,
in his official capacity and individually,

Defendant-Appellant,

CITY OF EAST POINT, SGT. B. GRAY, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(October 31, 2007)**

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

In this appeal, Officer Curry Walker challenges the denial of his motion for summary judgment based upon qualified immunity. The suit is brought by Craig Holmes who was shot by Officer Walker in the lobby of the Mark Inn in East Point, Georgia.

We affirm the ruling of the district court for the reasons set forth in its ORDER of May 7, 2007.

**AFFIRMED.**